George Leguen
Docket Number: 0208 1:01CR00212

4

| USDS SDNY Jessica Grady |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/25/17 |



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## *JUDICIAL RESPONSE*

### THE COURT ORDERS:

☑ Permission To Travel To Dominican Republic, **Approved**

☐ Permission to Travel To Dominican Republic, **Denied**

### FUTURE TRAVEL:

☐ At the discretion of the U.S. Probation Department

☐ Court requires notification

☐ Other:

_____
Honorable Kimba M. Wood

7-25-17
Date