George Leguen                                    4
Docket Number: 0208 1:01CR00212

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/18
```



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑   Permission to travel to Dominican Republic and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐   Permission to travel to Dominican Republic and the Court requires notification for all future international travel. **Approved.**

☐   Permission to travel to Dominican Republic. **Denied**

☐   Other:

_____
Honorable Kimba M. Wood

8-29-18
Date